1  JEFFREY W. KRAMER (SBN 71547)
   Email: jkramer@troygould.com
2  ANNMARIE MORI (SBN 217835)
   Email: amori@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:   (310) 553-4441
5  Facsimile:   (310) 201-4746

6  Attorneys for Plaintiffs
   Broadcast Music, Inc.; Nu Shooz Orchestra LLC;
7  Amazement Music; Wide Grooves Music; Gliro Music
   Inc.; Sony/ATV Latin Music Publishing LLC; Runway
8  Star Music Publishing; Warner-Tamerlane Publishing
   Corp.; McMoore McLesst Publishing; Hip City Music,
9  Inc.; Hifrost Publishing; EMI Blackwood Music Inc.;
   Collipark Music; Da Crippler Publishing; E W C
10 Publishing Co.; Corey Fowler; Cahron Childs and
   Chanti Glee

11

12                    UNITED STATES DISTRICT COURT

13                   CENTRAL DISTRICT OF CALIFORNIA

14

15 | BROADCAST MUSIC, INC.; NU              Case No.
     SHOOZ ORCHESTRA LLC;
16 | AMAZEMENT MUSIC; WIDE                  COMPLAINT FOR COPYRIGHT
     GROOVES MUSIC; GLIRO MUSIC             INFRINGEMENT
17 | INC.; SONY/ATV LATIN MUSIC
     PUBLISHING LLC; RUNWAY STAR
18 | MUSIC PUBLISHING; WARNER-
     TAMERLANE PUBLISHING CORP.;
19 | MCMOORE MCLESST PUBLISHING;
     HIP CITY MUSIC, INC.; HIFROST
20 | PUBLISHING; EMI BLACKWOOD
     MUSIC INC.; COLLIPARK MUSIC; DA
21 | CRIPPLER PUBLISHING; E W C
     PUBLISHING CO.; COREY FOWLER;
22 | CAHRON CHILDS and CHANTI GLEE,
     each individually,
23
                  Plaintiffs,
24         v.

25 | WESTERN MARINE CHARTERS, INC
     d/b/a GRAND ROMANCE RIVERBOAT;
26 | and WILLIAM J. BARKER, individually,

27                Defendants.

28

**TroyGould PC**

## COMPLAINT

Plaintiffs, Broadcast Music, Inc., Nu Shooz Orchestra LLC, Amazement Music, Wide Grooves Music, Gliro Music Inc., Sony/ATV Latin Music Publishing LLC, Runway Star Music Publishing, Warner-Tamerlane Publishing Corp., McMoore McLesst Publishing, Hip City Music, Inc., Hifrost Publishing, EMI Blackwood Music Inc., Collipark Music, Da Crippler Publishing, E W C Publishing Co., Corey Fowler, Cahron Childs and Chanti Glee ("Plaintiffs"), by their attorneys, for their Complaint for Copyright Infringement, against Defendants, Western Marine Charters, Inc. d/b/a Grand Romance Riverboat and William J. Barker ("Defendants") allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

### JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

### THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 8.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Nu Shooz Orchestra LLC is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

TroyGould PC

1

COMPLAINT FOR COPYRIGHT INFRINGEMENT

03202-0050 273984.1

6. Plaintiff Amazement Music is a sole proprietorship owned by Frankie Beverly. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Wide Grooves Music is a sole proprietorship owned by Ishmael Butler. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff Gliro Music Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Sony/ATV Latin Music Publishing LLC is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Corey Fowler is an individual. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Cahron Childs is an individual. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Chanti Glee is an individual. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff Runway Star Music Publishing is a sole proprietorship owned by Ebony Star West. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Plaintiff Warner-Tamerlane Publishing Corp. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

15. Plaintiff McMoore McLesst Publishing is a partnership owned by Daniel Quine Auerbach and Patrick James Carney. This Plaintiff is the copyright owner of at least one of the songs in this matter.

16. Plaintiff Hip City Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

17. Plaintiff Hifrost Publishing is a partnership owned by Hiriam Hicks and Elliot Straite. This Plaintiff is the copyright owner of at least one of the songs in this matter.

18. Plaintiff EMI Blackwood Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

19. Plaintiff Collipark Music is a sole proprietorship owned by Michael Antoine Crooms. This Plaintiff is the copyright owner of at least one of the songs in this matter.

20. Plaintiff Da Crippler Publishing is a sole proprietorship owned by Eric Von Jackson, Jr. This Plaintiff is the copyright owner of at least one of the songs in this matter.

21. Plaintiff E W C Publishing Co. is a sole proprietorship owned by Deongelo Marquel Holmes. This Plaintiff is the copyright owner of at least one of the songs in this matter.

22. Defendant Western Marine Charters, Inc. is a corporation organized and existing under the laws of the state of California, which operates, maintains and controls an establishment known as Grand Romance Riverboat, located at 200 Aquarium Way #4, Long Beach, CA 90802, in this district (the "Establishment").

23. In connection with the operation of the Establishment, Defendant Western Marine Charters, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

24. Defendant Western Marine Charters, Inc. has a direct financial interest in the Establishment.

25. Defendant William J. Barker is the President of Defendant Western Marine Charters, Inc. with primary responsibility for the operation and management of that corporation and the Establishment.

26. Defendant William J. Barker has the right and ability to supervise the activities of Defendant Western Marine Charters, Inc. and a direct financial interest in that corporation and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

27. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 26.

28. Plaintiffs allege eight (8) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are

governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

29. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the eight (8) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

30. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

31. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

32. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

33. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment

the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

34. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

35. Plaintiffs seek statutory damages pursuant to 17 U.S.C. § 504. Plaintiffs further seek an order that Defendants be enjoined, pursuant to 17 U.S.C. § 502 from infringing, in any manner, the copyrighted musical compositions licensed by BMI.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: November 3, 2015

Respectfully submitted,

JEFFREY W. KRAMER
ANNMARIE MORI
TROYGOULD PC

By: /s/ AnnMarie Mori
AnnMarie Mori
Attorneys for Plaintiffs
Broadcast Music, Inc.; Nu Shooz Orchestra LLC; Amazement Music; Wide Grooves Music; Gliro Music Inc.; Sony/ATV Latin Music Publishing LLC; Runway Star Music Publishing; Warner-Tamerlane Publishing Corp.; McMoore McLesst Publishing; Hip City Music, Inc.; Hifrost Publishing; EMI Blackwood Music Inc.; Collipark Music; Da Crippler Publishing; E W C Publishing Co.; Corey Fowler; Cahron Childs and Chanti Glee

# *Schedule*

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 1 | |
| Line 2 | Musical Composition | I Can't Wait | |
| Line 3 | Writer(s) | John Smith | |
| Line 4 | Publisher Plaintiff(s) | Nu Shooz Orchestra LLC | |
| Line 5 | Date(s) of Registration | 7/7/86 | 7/9/86 |
| Line 6 | Registration No(s). | PA 292-752 | PA 294-470 |
| Line 7 | Date(s) of Infringement | 9/7/2013 | |
| Line 8 | Place of Infringement | Grand Romance Riverboat | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Joy And Pain |
| Line 3 | Writer(s) | Frankie Beverly |
| Line 4 | Publisher Plaintiff(s) | Frankie Beverly d/b/a Amazement Music |
| Line 5 | Date(s) of Registration | 7/28/80 |
| Line 6 | Registration No(s). | PA 94-426 |
| Line 7 | Date(s) of Infringement | 7/10/2015 |
| Line 8 | Place of Infringement | Grand Romance Riverboat |

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | Rebirth of Slick Cool Like Dat |
| Line 3 | Writer(s) | Ishmael Butler; Mary Ann Vieira |
| Line 4 | Publisher Plaintiff(s) | Ishmael Butler, an individual d/b/a Wide Grooves Music; Gliro Music Inc. |
| Line 5 | Date(s) of Registration | 2/9/93 |
| Line 6 | Registration No(s). | PA 959-865 |
| Line 7 | Date(s) of Infringement | 7/11/2015 |
| Line 8 | Place of Infringement | Grand Romance Riverboat |

| Line 1 | Claim No. | 4 |
|---|---|---|
| Line 2 | Musical Composition | Suavemente |
| Line 3 | Writer(s) | Elvis Crespo |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Latin Music Publishing LLC |
| Line 5 | Date(s) of Registration | 1/29/99 |
| Line 6 | Registration No(s). | PA 934-438 |
| Line 7 | Date(s) of Infringement | 7/10/2015 |
| Line 8 | Place of Infringement | Grand Romance Riverboat |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | Teach Me How To Dougie |
| Line 3 | Writer(s) | Ebony West; Corey Fowler; Cahron Childs; Chanti Glee |
| Line 4 | Publisher Plaintiff(s) | Corey Fowler; Cahron Childs; Chanti Glee; Ebony Star West, an individual d/b/a Runway Star Music Publishing; Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 6/27/11 |
| Line 6 | Registration No(s). | PA 1-744-864 |
| Line 7 | Date(s) of Infringement | 7/10/2015 |
| Line 8 | Place of Infringement | Grand Romance Riverboat |

| Line 1 | Claim No. | 6 | | |
|---|---|---|---|---|
| Line 2 | Musical Composition | Tighten Up | | |
| Line 3 | Writer(s) | Dan Auerbach; Patrick Carney | | |
| Line 4 | Publisher Plaintiff(s) | Daniel Quine Auerbach and Patrick James Carney, a partnership d/b/a McMoore McLesst Publishing | | |
| Line 5 | Date(s) of Registration | 6/1/10 | | |
| Line 6 | Registration No(s). | PA 1-698-031 | | |
| Line 7 | Date(s) of Infringement | 9/7/2013 | | |
| Line 8 | Place of Infringement | Grand Romance Riverboat | | |

| Line 1 | Claim No. | 7 | | |
|---|---|---|---|---|
| Line 2 | Musical Composition | Poison | | |
| Line 3 | Writer(s) | Elliot T. Straite | | |
| Line 4 | Publisher Plaintiff(s) | Hip City Music Inc.; Hiriam Hicks and Elliot Straite, a partnership d/b/a Hifrost Publishing | | |
| Line 5 | Date(s) of Registration | 8/14/89 | 3/19/90 | 6/7/90 |
| Line 6 | Registration No(s). | PAu 1-264-846 | PAu 1-410-225 | PA 475-115 |
| Line 7 | Date(s) of Infringement | 7/11/2015 | | |
| Line 8 | Place of Infringement | Grand Romance Riverboat | | |

| Line 1 | Claim No. | 8 |
|---|---|---|
| Line 2 | Musical Composition | 1st Booty On Duty |
| Line 3 | Writer(s) | Eric Jackson; Deongelo Holmes; Michael Antoine Crooms |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc.; Michael Antoine Crooms d/b/a Collipark Music; Eric Von Jackson, Jr. d/b/a Da Crippler Publishing; Deongelo Marquel Holmes d/b/a E W C Publishing Co. |
| Line 5 | Date(s) of Registration | 2/8/07 |
| Line 6 | Registration No(s). | PA 1-167-042 |
| Line 7 | Date(s) of Infringement | 9/7/2013 |
| Line 8 | Place of Infringement | Grand Romance Riverboat |