UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| No. | CV 15-08643-ODW (GJS) | Date | April 17, 2017 |
|---|---|---|---|
| Title | *Broadcast Music, Inc. et al. v. Western Marine Charters, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**  **In Chambers**

In light of the parties' notice of settlement (ECF No. 27), the Court **DISMISSES** this action <u>without prejudice</u>. All dates are vacated. On or before **June 5, 2017**, any settling party may move to enforce the settlement, apply to reopen the action, or stipulate to extend the deadline in which to file such a motion or application.[1] If the settling parties do not file any such motion, application, or stipulation on or before that date, the settling parties will be deemed to have stipulated to a dismissal of this action <u>with prejudice</u>. Fed. R. Civ. P. 41.

The Clerk of the Court shall close the case.

: 00

Initials of Preparer   SE

---

[1] The Court expressly retains jurisdiction over this action to adjudicate any such or other filings made during this time.